# EXHIBIT A

| IP Address | Date/Time (UTC) | ISP |
|---|---|---|
| 71.82.169.252 | 2011-04-13 11:23:10 PM | Charter Communications |
| 96.35.25.86 | 2011-04-26 12:47:58 AM | Charter Communications |
| 24.192.95.172 | 2011-03-15 05:04:45 AM | WideOpenWest Finance |
| 67.159.45.48 | 2011-03-21 08:15:32 PM | FDCServers.net |
| 24.1.116.61 | 2011-04-07 12:20:24 AM | Comcast Cable Communications |
| 24.13.15.159 | 2011-04-12 02:37:19 AM | Comcast Cable Communications |
| 24.14.27.176 | 2011-03-13 04:05:25 AM | Comcast Cable Communications |
| 24.15.115.210 | 2011-03-25 01:04:02 AM | Comcast Cable Communications |
| 24.15.233.68 | 2011-03-21 11:51:39 PM | Comcast Cable Communications |
| 24.15.96.191 | 2011-03-28 06:57:27 PM | Comcast Cable Communications |
| 67.162.30.97 | 2011-03-16 09:47:29 PM | Comcast Cable Communications |
| 67.162.79.222 | 2011-04-20 11:25:18 PM | Comcast Cable Communications |
| 67.167.236.3 | 2011-03-26 05:07:39 PM | Comcast Cable Communications |
| 67.167.28.82 | 2011-03-10 02:40:37 AM | Comcast Cable Communications |
| 67.167.39.153 | 2011-04-15 06:21:25 AM | Comcast Cable Communications |
| 67.167.98.182 | 2011-04-06 12:24:18 AM | Comcast Cable Communications |
| 67.173.82.19 | 2011-03-21 11:00:09 PM | Comcast Cable Communications |
| 67.184.216.56 | 2011-03-12 09:16:41 PM | Comcast Cable Communications |
| 67.184.44.98 | 2011-03-24 03:47:55 AM | Comcast Cable Communications |
| 67.186.79.111 | 2011-04-17 06:05:43 PM | Comcast Cable Communications |
| 69.243.189.222 | 2011-04-07 07:51:08 PM | Comcast Cable Communications |
| 71.194.112.254 | 2011-03-21 05:50:58 PM | Comcast Cable Communications |
| 71.201.169.72 | 2011-03-27 05:35:14 PM | Comcast Cable Communications |
| 71.57.56.227 | 2011-03-11 07:02:25 AM | Comcast Cable Communications |
| 98.193.54.222 | 2011-03-10 02:07:35 AM | Comcast Cable Communications |
| 98.206.144.100 | 2011-03-11 02:40:17 AM | Comcast Cable Communications |
| 98.212.199.165 | 2011-03-31 09:27:34 PM | Comcast Cable Communications |
| 98.213.161.179 | 2011-04-01 10:45:05 AM | Comcast Cable Communications |
| 98.213.169.110 | 2011-04-17 10:49:24 PM | Comcast Cable Communications |
| 98.213.72.159 | 2011-03-11 05:53:10 PM | Comcast Cable Communications |
| 98.214.177.155 | 2011-03-24 11:38:42 AM | Comcast Cable Communications |
| 98.215.142.125 | 2011-04-14 08:22:27 AM | Comcast Cable Communications |
| 98.220.64.145 | 2011-03-23 11:58:49 PM | Comcast Cable Communications |
| 98.227.106.145 | 2011-03-15 06:00:18 AM | Comcast Cable Communications |
| 216.80.118.233 | 2011-04-07 05:19:34 PM | RCN Corporation |
| 216.80.15.122 | 2011-03-10 01:08:24 PM | RCN Corporation |
| 24.148.14.52 | 2011-03-10 06:44:16 AM | RCN Corporation |
| 75.34.53.142 | 2011-04-18 05:31:32 AM | AT&T Internet Services |
| 75.34.54.96 | 2011-04-09 04:44:29 AM | AT&T Internet Services |
| 75.34.58.57 | 2011-04-12 09:46:01 PM | AT&T Internet Services |
| 76.235.89.127 | 2011-03-09 04:35:13 PM | AT&T Internet Services |
| 99.14.234.113 | 2011-04-21 06:58:32 AM | AT&T Internet Services |
| 173.23.107.215 | 2011-03-09 11:21:00 PM | Mediacom |
| 184.49.17.194 | 2011-04-11 11:51:38 PM | Wayport Inc |