a εε



United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

MICHAEL W. DOBBINS,
Clerk

Office of the Clerk

April 28, 2011

FILED
MAY 11 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John Steele
Steele Hansmeier PLLC
161 North Clark Street
Suite 4700
Chicago, IL 60601

Re: Hard Drive Productions, Inc. v. Does 1-44
USDC No. 11-cv-2828

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| * | * | Hard Drive Productions, Inc. |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.

Sincerely yours,
Michael W. Dobbins, Clerk

\* Copyright registration pending
Claim ID: 1-9Q3U0C
Case #: 1-588044458

By: s:/ Kinielle Johnson
Deputy Clerk