# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Hard Drive Productions, Inc.

                Plaintiff,

v.                                      Case No.: 1:11−cv−02828
                                           Honorable James F. Holderman

Kevin Smith, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 10, 2012:

      MINUTE entry before Honorable James F. Holderman: Status hearing held on 1/10/2012 and is continued for 2/16/2012 at 9:00 AM. Enter order of default as to the defendant Syed Ahmed for failure to answer or otherwise plead to the complaint. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.